IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SUPPRESSED
FILED
FEB 17 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>           Plaintiff,          )<br>                              )<br>vs.                           )<br>                              )<br>JOSEPH EMIL KLUG,             )<br>                              )<br>           Defendant.         ) | CRIMINAL NO. 10-30033-MJR<br><br>Title 18, United States Code,<br>Sections 2251(a) and (e); 2252(a)(4)(B) and<br>2253(a)(3) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Production of Child Pornography**

From on or about September, 2008, to on or about November 10, 2008, in Madison County, Illinois, within the Southern District of Illinois, and elsewhere,

**JOSEPH EMIL KLUG,**

defendant herein, did and attempted to use a minor male to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that have been mailed, shipped, or transported in or affecting interstate commerce by any means, including by computer, and which depiction has actually been transported and transmitted using any means or facility of interstate commerce and in or affecting interstate commerce, in that, the defendant secreted a video camera in a tent, taped a minor boy masturbating, transferred the footage to computer, and then edited it into several clips and stills.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2

### Possession of Child Pornography

On or about November 23, 2009, in Madison County, Illinois, within the Southern District of Illinois,

### JOSEPH EMIL KLUG,

defendant herein, did knowingly possess an Apsire generic desktop computer containing two Western Digital hard disk drives, that contained a visual depiction that had been mailed, shipped and transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce and which was produced using materials that have been mailed, shipped and transported in interstate or foreign commerce by any means, including by computer; the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

### Forfeiture of Computer Equipment Allegation

Upon conviction of one or more of the offenses alleged in Counts 1 through 2 of this Indictment, defendant **JOSEPH EMIL KLUG** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property involved or used in any knowing violation of the offense described in Counts 1 through 2 of this Indictment, including but not limited to the following:

One Aspire generic desktop computer, serial # 051715483, containing one Western Digital hard disk device, model #WD5000, serial # WCASZ0462598 and one Western Digital hard disk device, model WD1600, serial # WCANM3270370;

One generic desktop computer without a model or serial number, containing one Western Digital hard disk device, model # WD800, serial # WMA8E4163883;

One RCA EZ209HD Mini Video Recorder, serial number FAA0KK142A901X2401;

One green Jansport backpack with hole cut in front pouch;

All in violation of Title 18, United States Code, Section 2253(a)(3).

**A TRUE BILL**

FOREPERSON

SUZANNE M. GARRISON
Assistant United States Attorney

A. COURTNEY COX
United States Attorney

Bond recommendation: Detention

3