AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

**SUPPRESSED**

United States of America
v.
JOSEPH EMIL KLUG

Defendant

Case No. 10-30033-MJR

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOSEPH EMIL KLUG ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18:2251(a)&(e) - Production of Child Pornography

Count 2: 18:2252(a)(4)(B) - Possession of Child Pornography

Forfeiture of Computer Equipment

Date: 02/17/2010

*Issuing officer's signature* — Lisa M Braun, Deputy Clerk

City and state: East St. Louis, IL

NANCY J. ROSENSTENGEL, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ <br> *Arresting officer's signature* |
| _____ <br> *Printed name and title* |