IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

[ ] Benton  [x] East St. Louis

[ X ] Initial Appearance  [ ] Arraignment  [ ] Detention Hearing

**CRIMINAL NO.**  10-30033-MJR  **DATE**:  2/18/10
U.S.A. vs.  JOSEPH EMIL KLUG  **JUDGE**:  CLIFFORD J. PROUD
[ X ] Present   [ X ] Custody   [ ] Bond  **DEPUTY**:  ANGIE VEHLEWALD
**DEFT. COUNSEL:**  PHIL KAVANAUGH
[ X ] Present  [ X ] Apptd.  [ ] Retained  [ ] Waived  **REPORTER**: MOLLY CLAYTON and FTR
 **GOVT. COUNSEL**: SUZANNE GARRISON  **Start Time**:  2:30 PM

[ X ] Defendant
     The Defendant advises the Court that he has retained Morgan Scroggins.  The Defendant requests a continuance so that his retained counsel may be present.  The Court resets the Arraignment and Detention Hearing for Monday, February 22, 2010 before United States Magistrate Judge Donald G. Wilkerson.  Time to be announced.  Public Defender shall advise counsel to enter an appearance.
[ ] Defendant waives reading of Indictment.    [ ] Indictment read to defendant
[ ] Defendant advised of constitutional rights.    [ ] Defendant advised of charges and penalties.
[ ] Defendant arraigned on [ ] Indictment    [ ] Information

[ ] Plea:   [ ] Guilty as to Count(s) _____.
            [ ] Not Guilty as to Count(s) _____.
            [ ] Nolo Contendere as to Count(s) _____.
[ ] Order for Pretrial Discovery and Inspection entered, filed and distributed.
[ ] Final pretrial conference set
[ X ] Jury Trial set Monday, April 26, 2010 at 9:00 am before Judge Michael J. Reagan.
[ ] Bond set  (Conditions as stated on Order Setting Conditions of Release.)
[ ] Detention hearing held.
[ X ] Defendant remanded to custody of U.S. Marshal pending Arraignment and Detention Hearing.
[ ] Order of Detention previously entered to remain in full force and effect.
     Case may be unsealed.

[ X ] Date of arrest   2/18/10
*[ X ] No further notice will be given