UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:10-cr-30033-MJR |
| JOE KLUG, | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

NOW COMES Scroggins Law Office Ltd., hereby and herewith enters its appearance for and on behalf of the Defendant, Joe Klug.

/s/ Morgan Scroggins #06202541
Scroggins Law Office, Ltd.
1506 Johnson Road, Suite 200
Granite City, IL 62040
618/ 876-5300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 3:10-cr-30033-MJR |
| | ) |
| JOE KLUG, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2010, I caused to be electronically filed an Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s).

Respectfully submitted,

/s/ Morgan Scroggins #06202541
Scroggins Law Office Ltd.
1506 Johnson Road, Suite 200
Granite City, Illinois 62040
(618) 876-5300