UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

[ ] Benton                            [X] East St. Louis

[ ] Initial Appearance    [X] Arraignment    [X] Detention Hearing    [ ] Plea to Information

**CRIMINAL NO.** 10-cr-30033-MJR                    **DATE:** February 22, 2010
U.S.A. vs. **JOSEPH EMIL KLUG**                    **JUDGE:** Donald G. Wilkerson
   [X] Present   [X] Custody   [ ] Bond          **DEPUTY:** Jackie Payton
**DEFT. COUNSEL:** Morgan Scroggins              **REPORTER:** FTR
   [X] Present [] Apptd. [X] Retained [ ] Waived   **Start Time:** 1:45 p.m.   **End Time:** 2:00 p.m.
**GOVT. COUNSEL:** Suzanne Garrison


[X] Defendant sworn
[X] Defendant waives reading of Indictment.    [ ] Indictment read to defendant
[X] Defendant advised of constitutional rights.   [X] Defendant advised of charges and penalties.
[X] Defendant arraigned on [X] Indictment    [ ] Information
[X] Plea:      [ ] Guilty as to Count(s) _____.
              [X] Not Guilty as to Counts  1 and 2 of the Indictment  _____.
              [ ] Nolo Contendere as to Count(s) _____.
[X] Order for Pretrial Discovery and Inspections entered, filed and distributed.
[X]* Jury Trial set for **4/26/2010**  at **9:00 a.m.** before Judge Michael J. Reagan  in East St. Louis, IL
[X] Defendant files a written Waiver of Detention Hearing which the Court finds to be knowing and voluntary.
[X] Defendant remanded to custody of U.S. Marshal
[X] Order of detention previously entered to remain in full force and effect.

Court takes judicial notice of the factual portions of the Pre-Trial Services Report prepared by the U.S. Probation Office.


**[X]* No further notice will be given**