UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 10-cr-30033-MJR-DGW ) |
| JOSEPH EMIL KLUG, | ) ) |
| Defendant. | ) |

## MOTION TO CONTINUE

NOW COMES the Defendant, Joseph Emil Klug, by and through his attorney, Morgan Scroggins and for his Motion To Continue, states as follows:

1. The above matter is set for Jury Trial on April 26, 2010 at 9:00 a.m.

2. The defendant's attorney is scheduled to start a murder trial in Saline County, Illinois at the above date and time and is unable to attend said court date.

WHEREFORE, Defendant prays that the above entitled case be continued from April 26, 2010 and further relief as this Court deems just and appropriate.

/s/ Morgan Scroggins #06202541
Scroggins Law Office, Ltd.
1506 Johnson Road, Suite 200
Granite City, IL 62040
618/ 876-5300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.  09-CR-30119-MJR-1 |
| ) | |
| JULIO OSEGUERA, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2010, I caused to be electronically filed a Motion To Continue with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s).

Respectfully submitted,


/s/ Morgan Scroggins #06202541
Scroggins Law Office Ltd.
1506 Johnson Road, Suite 200
Granite City, Illinois 62040
(618) 876-5300