IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 10-CR-30033-MJR |
| | ) | |
| JOSEPH EMIL KLUG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER CONTINUING TRIAL

REAGAN, District Judge:

This case is scheduled to commence trial via initial setting on April 26, 2010. By motion filed February 26, 2010, Defendant Klug moves to continue trial. The motion (and subsequent telephone discussion with counsel) reveal that defense counsel needs additional time to review the voluminous material involved in the charged offense, sufficiently investigate the issues, and thoroughly prepare for trial. The Government (Assistant United States Attorney Suzanne Garrison) does not object to the requested continuance.

Finding that the ends of justice served by this continuance clearly outweigh the interests of the public and Defendant in a speedy trial, the Court **GRANTS** Defendant's motion (Doc. 14) and **CONTINUES TRIAL** to 9:00 a.m. on <u>Monday, June 14, 2010.</u> The period of delay resulting from this continuance is excludable and excluded under the Speedy Trial Act, **18 U.S.C. §§ 3161(h).**

IT IS SO ORDERED.

DATED March 2, 2010.

s/ Michael J. Reagan
Michael J. Reagan
United States District Judge