AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

SUPPRESSED

United States of America
v.
JOSEPH EMIL KLUG

)
)
)
)
)

Case No.   10-30033-MJR

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOSEPH EMIL KLUG

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18:2251(a)&(e) - Production of Child Pornography

Count 2: 18:2252(a)(4)(B) - Possession of Child Pornography

Forfeiture of Computer Equipment

Date: 02/17/2010

FILED
FEB 26 2010
CLERK, ...
SOUTHERN ...

*Issuing officer's signature* — Lisa M Brauer, Deputy Clerk

City and state:   East St. Louis, IL

NANCY J. ROSENSTENGEL, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 2/18/10, and the person was arrested on *(date)* 2/18/10
at *(city and state)* Fairview Heights, IL

Date: 2/18/10

*for* W. Winston
*Arresting officer's signature*

Stephanie Wright   S/A FBI
*Printed name and title*