IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. 10-CR-30033-MJR |
| | ) |
| JOSEPH EMIL KLUG, | ) |
| | ) |
| Defendant. | ) |

## BILL OF PARTICULARS

Now comes the United States of America by and through A. Courtney Cox, United States Attorney for the Southern District of Illinois, and Michael Thompson, Assistant United States Attorney, and for its Bill of Particulars indicates that as part of the property in the Indictment to be forfeited, the United States intends to forfeit the following asset:

**One RCA EZ209HD Mini Video Recorder, serial number FAA0142A4901X2401**.

The United States further indicates that it is not seeking to forfeit the RCA EZ209HD Mini Video Recorder, serial number FAA0KK142A901X2401, previously described in the Indictment, as that serial number is in error.

Respectfully submitted,

A. COURTNEY COX
United States Attorney

*/s/ MICHAEL THOMPSON*

MICHAEL THOMPSON
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL 62208
618-628-3700

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 10-CR-30033-MJR |
| | ) | |
| JOSEPH EMIL KLUG, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2010, I caused to be filed the foregoing BILL OF PARTICULARS with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Morgan E. Scroggins

and I hereby certify that on May 18, 2010, I also caused to be mailed by United States Postal Service, the document(s) to the following non-registered participants:

None.

*/s/ MICHAEL THOMPSON*
MICHAEL THOMPSON
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Fax:  (618) 622-3810
e-mail: Michael.Thompson2@usdoj.gov

2