UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 10-cr-30033-MJR-DGW |
| JOSEPH EMIL KLUG, | ) |
| Defendant. | ) |

## MOTION TO CONTINUE

NOW COMES the Defendant, Joseph Emil Klug, by and through his attorney, Morgan Scroggins and for his Motion To Continue, states as follows:

1. The above matter is set for Jury Trial on June 14, 2010 at 9:00 a.m.

2. There is extensive discovery which still has to be reviewed.

3. The parties have entered into negotiations and proposals are being exchanged at this time.

4. The Attorney General's office has no objection to said continuance.

WHEREFORE, Defendant prays that the above entitled case be continued from June 14, 2010 and further relief as this Court deems just and appropriate.

/s/ Morgan Scroggins #06202541
Scroggins Law Office, Ltd.
1506 Johnson Road, Suite 200
Granite City, IL 62040
618/ 876-5300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No.  09-CR-30119-MJR-1 |
| | ) |
| JULIO OSEGUERA, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2010, I caused to be electronically filed a Motion To Continue with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s).

Respectfully submitted,

/s/ Morgan Scroggins #06202541
Scroggins Law Office Ltd.
1506 Johnson Road, Suite 200
Granite City, Illinois 62040
(618) 876-5300