IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JOSEPH EMIL KLUG,<br><br>               Defendant. | Case No. 10-CR-30033-MJR |

## ORDER CONTINUING TRIAL

REAGAN, District Judge:

      Charged with production and possession of child pornography, Joseph Klug is scheduled to commence jury trial on July 26, 2010. Klug now moves to continue that setting.

      The motion explains that defense counsel has reviewed some of the extensive discovery herein but needs additional time to complete the task.  Additionally, the parties have just entered into plea negotiations and are in the process of exchanging proposals, but they require more time to advance and finalize these discussions.  The Government (Assistant U.S. Attorney Suzanne Garrison) does not object to the requested continuance.

      Finding that the ends of justice served by this continuance clearly outweigh the interests of the public and Defendant Klug in a speedy trial, the Court **GRANTS** Defendant's motion (Doc. 21) and **CONTINUES TRIAL** to **9:00 a.m. on Monday, October 18, 2010.**  The period of delay resulting from this continuance is excludable and excluded under the Speedy Trial Act, **18 U.S.C. §§ 3161(h).**

      IT IS SO ORDERED.

      DATED June 29, 2010.

                                          s/   *Michael J. Reagan*
                                          Michael J. Reagan
                                          United States District Judge