UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

| USA | ) | |
|---|---|---|
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 10-30033-MJR |
| Klug | ) | |
| *Defendant(s)* | ) | |

## NOTICE OF ERRORS AND/OR DEFICIENCIES
## IN ELECTRONICALLY FILED DOCUMENTS

| DOCUMENT NO: 21 | DOCUMENT TITLE: Motion to Continue |
|---|---|

One of the following errors/deficiencies has been identified in the document listed above:

☒ Certificate of Service includes information from another case

### ACTION TAKEN BY CLERK'S OFFICE

NONE

### ACTION REQUIRED BY FILER

☒ No further action required by the filer

NANCY J. ROSENSTENGEL, Clerk of Court

By: *s/Lisa M. Braun*
Lisa M. Braun, Deputy Clerk

DATE: June 29, 2010

(05/10)