UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

[ ] Benton     [X] East St. Louis

[ ] Initial Appearance     [ ] Arraignment     [X] Change of Plea     [ ] Plea to Information

CRIMINAL NO. 10-CR-30033-MJR            DATE: September 29, 2010

U.S.A. vs. JOSEPH EMIL KRUG            JUDGE: **HON. MICHAEL J. REAGAN**
  [X] Present [X] Custody [ ] Bond
DEFT. COUNSEL Morgan E. Scroggins            Reporter: Barb Kniepmann
  [X] Present [ ] Apptd. [X] Retained [ ] Waived
GOVT. COUNSEL: Suzanne M. Garrison            Deputy: Debbie DeRousse
                                              Time: 2:00 - 2:25 PM

[X] Defendant sworn
[ ] Defendant waives reading of Indictment    [ ] Indictment read to defendant
[ ] Indictment waived    [ ] Waiver, Consent and Information Filed _____ Counts
[X] Defendant advised of constitutional rights.    [X] Defendant advised of charges and penalties.
[X] Defendant withdraws plea of **Not Guilty** as to count(s) 1 & 2 of the Indictment
[X] Plea:    [X] **Guilty** as to Count(s) 1 & 2 of the Indictment
             [ ] Not Guilty as to Count(s)
             [ ] Nolo Contendere as to Count(s)
[X] No Plea Agreement    [ ] Plea Agreement    [ ] Oral    [ ] Written
[X] Court accepts plea of guilty and adjudges defendant guilty.
[ ] Order for Pre-trial Discovery and Inspection entered, filed and distributed.
[ ] Final pre-trial conference set for _____ at _____ in _____ IL.
[ ] Jury Trial set for _____ at _____ in _____ IL.
[ ] Bond set at $_____ **unsecured/secured**. (See attached for terms & conditions).
[ ] Detention hearing set for _____ at _____ before Judge _____ in _____ IL.
[X] Matter referred to U.S. Probation for pre-sentence investigation and report.
[ ] Defendant waives pre-sentence investigation and signs waiver in open court.
[X] Disposition set for **January 7, 2011** at **01:30 PM** in **East St. Louis**, IL.
[ ] Motion to Revoke Bond [ ] Granted   [ ] Denied
[ ] Bond  [ ] Revoked   [ ] Continued     [ ] Changed/Amended (**not possess any firearm, weapons, destructive device, or other dangerous weapon**)
[X] Defendant remanded to custody of U.S. Marshal
[ ] Order of Detention previously entered to remain in full force and effect.
[X] **Defendant admits to forfeiture allegation.**
[ ] Date of arrest _____
 *[ ] No further notice will be given