IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>JOSEPH EMIL KLUG,<br><br>             Defendant. | )<br>)<br>)<br>)   CRIMINAL NO. <u>10-CR-30033-MJR</u><br>)<br>)<br>)<br>)<br>)<br>) |

## **FACTUAL STIPULATION**

On November 23, 2009, in search of child pornography as a result of a lead generated in another investigation which established that defendant, Joseph Emil Klug, was distributing child pornography over the internet, the Federal Bureau of Investigation (FBI) executed a search warrant at Klug's home, located in Granite City, Illinois.

Klug was present at the time of the search, and he agreed to speak with agents as the search progressed. On several occasions thereafter, Klug voluntarily participated in additional interviews with the FBI. Klug told FBI agents that he had been struggling with an "addiction" to child pornography for five or six years. Klug indicated that on the computers in his home he possessed 80 to over 100 gigabytes of child pornography, with much of it consisting of images of boys aged 8 to 13 engaging in sexually explicit conduct which he gathered via peer to peer file sharing software via the internet, a facility of interstate commerce. While using peer to peer file sharing software, Klug would share his child pornography collection with others over the internet. Klug also told the FBI that he had surreptitiously filmed minor males in various settings, to include in bathrooms. On one occasion, Klug indicated that he set a camera up in a tent and recorded a minor male masturbating.

During the search of Klug's home, agents recovered a number of items of evidence, including an Aspire generic desktop computer, serial # 051715483, containing one Western Digital hard disk device, model #WD5000, serial # WCASZ0462598 and one Western Digital hard disk device, model WD1600, serial # WCANM3270370; one generic desktop computer without a model or serial number, containing one Western Digital hard disk device, model # WD800, serial # WMA8E4163883; one RCA EZ209HD Mini Video Recorder, serial number FAA0KK142A901X2401; and a green Jansport backpack with hole cut in front pouch. The computer equipment had been produced using materials that had been mailed, shipped and transported in interstate or foreign commerce. The aforementioned items of evidence were all used to commit the offenses charged in the indictment.

Forensic examination of the computer equipment revealed, that as charged in Count 2, on or about November 23, 2009, Klug possessed the Western Digital hard disk drives in the Aspire generic desktop computer knowing that they contained approximately 59,000 still visual depictions and 12,000 videos of real minors engaging in sexually explicit conduct. These images and movies had been collected by Klug over the internet, thus they had been mailed, shipped and transported in interstate commerce.

Forensic examination also resulted in the recovery of images Klug made by surreptitiously filming boys with a hidden camera. As charged in Count 1, from on or about September, 2008, to on or about November 10, 2008, defendant used a minor male to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct. On or about September, 2008, defendant secreted a video camera in a tent, and taped a minor boy masturbating. Thereafter, sometime around November 10, 2008, defendant transferred the

footage to one of the hard drives in the Aspire generic desktop computer which he maintained in his Granite City home. Klug then edited the footage into several sexually explicit clips and stills which included images of the minor masturbating, and he later shared the sexually explicit footage over the internet.

**SO STIPULATED:**

A. COURTNEY COX
United States Attorney

_____
JOSEPH EMIL KLUG
Defendant

_____
SUZANNE M. GARRISON
Assistant United States Attorney

_____
MORGAN E. SCROGGINS
Attorney for Defendant

Date: 9/29/10

Date: 9/29/10

3