IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO. 10-30033-MJR |
| vs. | ) |
| JOSEPH EMIL KLUG, | ) |
| Defendant. | ) |

## PRELIMINARY ORDER FOR FORFEITURE PURSUANT TO FED.R.CRIM.P 32.2 WITH RESPECT TO CERTAIN COMPUTER EQUIPMENT OF JOSEP EMIL KLUG

In the Indictment filed in the above cause on February 17, 2010, the United States sought forfeiture of property of defendant, Joseph Emil Klug, pursuant to 18 U.S.C. § 2253. The Court, based upon the guilty plea entered in this cause, hereby finds that the following property is forfeitable:

> One Aspire generic desktop computer, serial # 051715483, containing one Western Digital hard disk device, model #WD5000, serial # WCASZ0462598 and one Western Digital hard disk device, model WD1600, serial # WCANM3270370;

> One generic desktop computer without a model or serial number, containing one Western Digital hard disk device, model # WD800, serial # WMA8E4163883;

> One RCA EZ209HD Mini Video Recorder, serial number FAA0142A4901X2401; and

> One green Jansport backpack with hole cut in front pouch.

The United States shall provide notice of the forfeiture and the right of persons other than the defendant who have any claim or legal interest in any of the property to file a petition with the Court. Said notice shall be provided in a manner consisted with Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The notice shall state that the petition shall be set for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the release.

The United States may, also to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order for Forfeiture, as the substitute for the published notice to those persons so notified.

Upon the filing a petition alleging the third-party interests in the property, the court may amend this order to resolve the claimed third-party interests.

The Vault Custodian for the Federal Bureau of Investigation, or United States Marshal, shall seize and reduce to his possession, if he has not already done so, the property described herein.

This Order, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, shall become final with respect to Defendant Joseph Emil Klug at the time of the Defendant's sentencing, regardless of whether or not the rights of actual or potential third-party petitioners have been determined by that time. This Order shall be made part of the sentence of Defendant Joseph Emil Klug and shall be included in the Judgment imposed against said Defendant. Although this Order is a final order with respect to said Defendant, this Order may be later amended with respect to petitions filed by third-parties claiming an interest in the subject-matter forfeited property.

The United States may abandon the forfeiture of any or all of the property by filing notice of same with the Court.

**IT IS SO ORDERED.**

DATE: 2-8-2011

MICHAEL J. REAGAN
United States District Court Judge

22