# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| United States of America | ) |
| Plaintiff | ) |
| v. | )  Case Number:  10-CR-30033-MJR |
| Joseph Emil Klug | ) |
| Defendant | ) |

## NOTICE OF APPEAL

At the direction of the Court notice is hereby given that defendant, Joseph Emil Klug, appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered in this in this case on the 8th day of February, 2011.

Dated: February 9th, 2011

            NANCY J. ROSENSTENGEL, Clerk of Court


         BY: *s/Debbie DeRousse*
             Debbie DeRousse, Deputy Clerk

AP-07
(05/10)