IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No. 10-CR-30033-SPM |
| **JOSEPH KLUG,** | |
| **Defendant.** | |

# MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

This matter comes before the Court on Defendant Joseph Klug's *pro se* Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c) and § 4C1.1 of the United States Sentencing Guidelines Manual [hereinafter Sentencing Guidelines], making Amendment 821 retroactive (Doc. 76).

On October 4, 2024, Federal Public Defender Kim Freter was appointed to represent Defendant Klug pursuant to Administrative Order 362. (*See* Doc. 78). On October 25, 2024, Attorney Freter filed a Motion to Withdraw as Attorney because "counsel is unable to determine any non-frivolous basis for seeking relief for Mr. Klug." (Doc. 80, p. 2). Attorney Freter states that Klug's offenses of conviction are sex offenses, rendering him ineligible for a sentence reduction pursuant to Amendment 821. (*See id.*) Defendant Klug did not respond to Attorney Freter's Motion to Withdraw as Attorney.

Accordingly, Defendant Klug's *pro se* Motion for Sentence Reduction pursuant to Amendment 821 (Doc. 76) is **DENIED**. Attorney Freter's Motion to Withdraw as Attorney (Doc. 80) is **GRANTED**.

**IT IS SO ORDERED.**

DATED:  December 5, 2024

*s/ Stephen P. McGlynn*
**STEPHEN P. McGLYNN**
**U.S. District Judge**
